In the Matter of SAMARA LIPSKY, Appellant, v FERKAUF GRADUATE SCHOOL OF PSYCHOLOGY et al., Respondents. [8 NYS3d 105]—

Judgment, Supreme Court, Bronx County (Julia I. Rodriguez, J.), entered December 12, 2013, after a nonjury trial, denying the petition to annul respondent's determination, dated November 21, 2011, which dismissed petitioner from its clinical health Ph.D. program, and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.

Respondents' determination dismissing petitioner from its Ph.D. program in clinical health was rational and was not arbitrary and capricious (*see Matter of Susan M. v New York Law School*, 76 NY2d 241, 246 [1990]; *Matter of Pell v Board of Educ. of Union Free School Dist. No. 1 of Towns of Scarsdale & Mamaroneck, Westchester County*, 34 NY2d 222, 231 [1974]). The record establishes that petitioner failed to comply with a number of respondents' rules and procedures, failed to conduct herself in an ethical and professional manner, and, despite being given ample opportunities to change her behavior, includ-

ing a detailed remediation plan that warned that she was subject to dismissal, failed to meet the expectations of the school.

The penalty does not shock our sense of fairness (*see Matter of Kelly v Safir*, 96 NY2d 32 [2001]).

We have considered petitioner's remaining contentions and find them unavailing. Concur—Acosta, J.P., Saxe, Richter, Gische and Kapnick, JJ.